AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>JUN 2 5 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DISTRICT OF CAL__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>SACV07-0744 | DATE FILED<br>JUN 2 5 2007 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>DIGITAL SPECTRUM SOLUTIONS, INC. | | DEFENDANT<br>POLAROID CORPORATION AND DOES 1 THROUGH 20 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,826,863 | 12/7/2004 | DIGITAL SPECTRUM SOLUTIONS, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See attached

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>Verna Hopper | DATE<br>10/23/07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

```
Priority    ✓
Send        ✓
Enter
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only
```

1  Robert Fish (California State Bar No. 149771)
   Mei Tsang (California State Bar No. 237959)
2  Fish & Associates, LLP
   2603 Main Street, Suite 1050
3  Irvine, California 92614-6232
   Telephone: 949-253-0944
4  Facsimile: 949-253-9069
   email: rfish@fishIPlaw.com
5
   Attorneys for Plaintiff,
6  Digital Spectrum Solutions, Inc.

7  Steven Pepe
   Ropes & Gray
8  1211 Avenue of the Americas
   New York, NY 10036-8704
9  Telephone: 212-596-9046
   Facsimile: 646-728-2660
10 email: steven.pepe@ropesgray.com

11 Dykema Gossett LLP
   Craig N. Hentschel, SBN: 66178
   Joel D. Covelman, SBN: 97500
12 333 S. Grand Ave., Ste. 2100
   Los Angeles, CA 90071
13 Telephone: (213) 457-1800
   Facsimile: (213) 457-1850
14 Email: chentschel@dykema.com

15 Attorneys for Defendant,
   Polaroid Corporation

16
                UNITED STATES DISTRICT COURT
17
                CENTRAL DISTRICT OF CALIFORNIA
18

19 DIGITAL SPECTRUM SOLUTIONS,         Case No.: SACV07-0744 JVS (AJWx)
20 INC.,

21      Plaintiff,                     **NOTICE OF DISMISSAL WITH**
           v.                          **PREJUDICE**
22
   POLAROID CORPORATION AND
23 DOES 1 THROUGH 20,                  JUDGE: James V. Selna

24      Defendants.

25

-1-
Notice of Dismissal With Prejudice (DSI v. Polaroid)

*FILED CLERK, U.S. DISTRICT COURT — OCT 23 2007 — CENTRAL DISTRICT OF CALIFORNIA*

*BY FAX*

*DOCKETED ON CM — OCT 26 2007*

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT plaintiff Digital Spectrum Solutions, Inc. hereby
3  dismisses its complaint in the above-referenced action with prejudice as to the entire
4  action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures.

Respectfully submitted,

Robert D. Fish (California State Bar No. 149771)
Fish & Associates, LLP
2603 Main Street, Suite 1050
Irvine, CA. 92614-6232

Dated: October 23, 2007

## PROOF OF SERVICE

I am a citizen of the United States and a resident of or employed in the city of Irvine, county of Orange; I am over the age of eighteen years and not a party to the within action. My business address is 2603 Main Street, Suite 1050, Irvine CA 92614 and my business phone number is (949) 705-0970. On October 23, 2007 I served documents described as **NOTICE OF DISMISSAL WITH PREJUDICE** on the person(s) interested in said action:

( x ) depositing in the United States mail, in a sealed envelope with postage fully prepaid, as Express Mail, addressed as follows:

> Steven Pepe, Esq.
> Ropes & Gray
> 1211 Avenue of the Americas
> New York, NY 10036-8704
>
> Craig Hentschel, Esq.
> Dykema Gossett LLP
> 333 S. Grand Ave., Ste. 2100
> Los Angeles, CA 90071, USA
>
> Attorneys for Defendant Polaroid Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 23, 2007

*Sara Geer* (signature)

Sara Geer